# UNTIED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   CR-06-00590-H |
| Plaintiff, | |
| vs. | ORDER GRANTING CONTINUANCE OF SENTENCING HEARING |
| **RUBEN OROZCO,[18]** | |
| Defendant. | |

Good Cause appearing, the sentencing hearing in this case, currently set for August 31, 2009 at 9:00 a.m. is rescheduled for **November 9, 2009 at 9:00 a.m**. The Court finds that there is excludable time under Speedy Trial Act. Defendant, Ruben Orozco is currently on bond and has filed Acknowledgment of Next Court Date. All terms and conditions of the bond shall remain in effect.

**IT IS SO ORDERED.**

Dated: August 14, 2009

_____
**MARILYN L. HUFF,** District Judge
UNITED STATES DISTRICT COURT